Tyler Gardner SID 18175548
EOCI
2500 Westgate
Pendleton, OR 97801

FILED 12 APR '23 11:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TYLER GARDNER, 1,700 JOHN DOES and all other similarly situated, Plaintiffs, vs KATE BROWN, et al., Defendants. | Case No. 2:21-cv-01256-SB PLAINTIFFS' MOTION FOR EXTENSION OF TIME |

COMES NOW, Plaintiffs Tyler Gardner, 1,700 John Does, and all others similarly situated, pursuant to Rule of Civil Procedure 7, hereby moves the Court for a 30 day extension of time. Plaintiffs ask the Court to move the date to file their response to Defendants' Motion to Dismiss to May 4, 2023.

Plaintiffs have had a difficult time collecting declarations and evidence, and require the extension to respond to defendants.

RESPECTFULLY submitted this 4th day of April, 2023

*Tyler Gardner*

PLAINTIFFS' MOTION FOR EXTENSION OF TIME - 1

CERTIFICATE OF SERVICE

I, Tyler Gardner, hereby certify that on May 4, 2023, I mailed a true and correct copy of PLAINTIFFS' MOTION FOR EXTENSION OF TIME to:

April Stone
1455 SW Broadway, suite 1900
Portland, OR 97201

Tyler Gardner

CERTIFICATE OF SERVICE - 1

**Oregon Department of Corrections - AIC Mail**
Institution EOCI   SID 18175548
Name Tyler Gardner
Address 2500 WestGate
City Pendleton   State OR Zip 97801

PORTLAND OR 972
10 APR 2023 PM 5 L



U.S. District Court, Oregon
1000 SW Third Ave
Portland, OR 97204-2902

97204-293790